IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00173-BNB

WARREN DANIEL CLINTON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, (Corporation), and
E. ALEXANDER, Regional Administrator,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Warren Daniel Clinton, is a prisoner in the custody of the Bureau of Prisons and is currently incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. He initiated this action by filing an Order to Show Cause with the Court on January 21, 2010.

In an order filed on January 26, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Clinton to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Clinton to file a complaint on the court-approved form and to either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Clinton was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Clinton has not communicated with the Court since January 21, 2010. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3rd day of March, 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00173-BNB

Warren Daniel Clinton
Reg No. 88766-020
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/4/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk